IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARTERRIO HARRIS, *Individually,*
*and on behalf of himself and others similarly situated*,

    Plaintiff,

v.                                                  No. 2:21-cv-2262-MSN-tmp

TJX DIGITAL, INC., *a Delaware Corporation*,
and TJX DIGITAL MEMPHIS MERCHANTS, LLC,
*a Delaware Limited Liability Company*,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 27, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting In Part and Denying In Part Plaintiffs' Unopposed Motion for FLSA Settlement Approval (ECF No. 33) and the Order Granting Plaintiffs' Counsel's Renewed Request for Approval of Attorneys' Fees and Costs (ECF No. 35) this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 8, 2023
Date